UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRIS KIBODEAUX,**

        **Plaintiff,**

**v.**                                    **Case No:  6:18-cv-1972-Orl-41GJK**

**WINTER PARK CARE AND REHAB,**
**SKYLER MELNICK and ROBIN**
**STEELE,**

        **Defendants.**
_____/

**ORDER**

       THIS CAUSE is before the Court on Plaintiff's Third Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 14). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 15), recommending that the motion be denied and that Plaintiff's Second Amended Complaint (Doc. 13) be dismissed with prejudice. Plaintiff filed an Objection (Doc. 16) to the Report and Recommendation, in which Plaintiff makes additional allegations regarding the substance of his claim, but he does not address Judge Kelly's Report and Recommendation.

       After a *de novo* review, the Court agrees entirely with the analysis in the Report and Recommendation and notes that the additional allegations in Plaintiff's Objection do not alter that analysis. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

      1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

      2. Plaintiff's Third Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 14) is **DENIED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party